Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
harrison@methwerb.com
Attorneys for Township of Union and the Township of Union Zoning
Board of Adjustment
Our File No.  95237 ELH

| | |
|---|---|
| KAL FREIGHT INC.<br><br>Plaintiff<br><br>V.<br><br>TOWNSHIP OF UNION, THE TOWNSHIP OF UNION ZONING BOARD OF ADJUSTMENT AND JOHN AND /OR JANE DOES 1-10,<br><br>Defendants | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CIVIL ACTION NO.:<br><br>Civil Action<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

PLEASE TAKE NOTICE that Defendants hereby file this Notice of Removal of the above-captioned matter to the United States District Court for the District of New Jersey from the Hunterdon County Superior Court, Law Division, where the action is now pending, pursuant to 28 U.S.C. § 1446 and state:

1. The action is a civil action filed in the Hunterdon County Superior Court, Law Division under Docket Number HNT-L-150-24 and is pending therein.

2. Because of the following facts, defendants request that this action proceed in this Court as an action properly removed to it:

A.      In the Amended Complaint, (attached hereto at Ex. A) at Count 3, Plaintiff alleges violations of 42 U.S.C. Sec. 1983 and the United States Constitution.

B.      This Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, because Plaintiff's claims raise issues under federal law and the United States Constitution.

C.      Accordingly, this action may be removed by Defendants under 28 U.S.C. § 1441.

3.      Thirty days have not elapsed since the service of process of the Amended Complaint upon the Defendants in state court.

4.      Copies of all process, pleadings, and orders served upon defendants are attached to this Notice of Removal, in accordance with 28 U.S.C. § 1446.

5.      Concurrent with the filing of this Notice of Removal, Defendants are providing written notice to all parties and the Clerk of the Superior Court of New Jersey, Law Division, County of Hunterdon, pursuant to 28 U.S.C. § 1446.

WHEREFORE, Defendants request that this action proceed in this Court as an action properly removed to it.

METHFESSEL & WERBEL, ESQS.
Attorneys for Township of Union
and the Township of Union Zoning
Board of Adjustment

By:_____
           Eric L. Harrison

DATED: June 20, 2024